**E-filed 7/18/06**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RICHARDA SORIA, | Case Number C-06-4074-JF |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| GLORIA HENRY, | |
| Respondent. | |

Petitioner, a state prisoner currently incarcerated at the Women's Correctional Facility, Chowcilla, California, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by counsel.

IT IS ORDERED as follows:

(1) The Clerk of the Court shall serve by certified mail a copy of the petition and a copy of this Order upon counsel for Respondent, the Attorney General of the State of California. The Clerk of the Court also shall serve a copy of this Order upon counsel for Petitioner, Joseph Vincent Camarata.

(2) Respondent shall, within thirty (30) days after receiving this order, file and serve upon Petitioner's counsel an answer conforming in all respects to Rule 5 of the Rules Governing

1  Section 2254 Cases, showing cause why a writ of habeas corpus should not issue.  At the time
2  the answer is filed, Respondent shall lodge with the Court all records relevant to a determination
3  of the issues presented by the petition.  If Respondent contends that Petitioner has failed to
4  exhaust state remedies as to any ground for relief asserted in the petition, Respondent shall
5  specify what state remedy remains available to Petitioner.  If Respondent waives or concedes the
6  issue of exhaustion, Respondent shall so state in the answer.
7      (3)    Petitioner may file a traverse responding to matters raised in the answer within
8  thirty (30) days after receiving the answer.
9      (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon
10 the filing of the traverse or upon the expiration of time to file a traverse.

DATED: 7/18/06

_____
JEREMY FOGEL
United States District Judge

Case No. C-06-4074-JF
ORDER TO SHOW CAUSE
(JFLC2)

1  Copies of Order to:
2
3  Counsel for Petitioner:
4  Joseph Vincent Camarata
   1410 Georgia St.
5  Vallejo, CA 94590
6
7
   Counsel for Respondent:
8
   Office of the Attorney General of the State of California
9  455 Golden Gate Avenue
   Suite 11000
10 San Francisco, CA 94102-3664
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C-06-4074-JF
ORDER TO SHOW CAUSE
(JFLC2)