**E-filed 10/20/06**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | | |
|---|---|---|
| RICARDA SORIA, | ) | No. Cv-06-4074-JF |
| | ) | |
| Petitioner, | ) | [ ~~PROPOSED~~ ] ORDER GRANTING PETITIONER'S SECOND MOTION TO RESCHEDULE HEARING |
| v. | ) | |
| GLORIA HENRY, Warden, | ) | |
| Respondent. | ) | |

Upon motion of Petitioner and for good cause shown, the motion to reschedule the hearing now scheduled for December 8th, 2006, is granted. The hearing will be set for December 15th, 2006, at 9:00 AM, courtroom 3.

**IT IS SO ORDERED.**

Dated: _____10/20/06_____, 2006.

_____
JEREMY FOGEL
United States District Judge