**E-Filed 3/7/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICARDA SORIA,<br><br>    Petitioner,<br><br>  v.<br><br>GLORIA HENRY,<br><br>    Respondent. | Case Number C 06-4074 JF<br><br>ORDER GRANTING APPLICATION FOR CERTIFICATE OF APPEALABILITY |

  Petitioner has filed an application for certificate of appealability. The application is GRANTED. This Court dismissed the petition as an unauthorized second or successive petition pursuant to 28 U.S.C. § 2244(b). However, the Court noted that Petitioner's first federal habeas petition was dismissed as time-barred, and that the Court of Appeals for the Ninth Circuit has not directly addressed whether a dismissal based upon the statute of limitations constitutes an adjudication on the merits for purposes of determining whether a subsequent petition is successive. While this Court answered this question in the affirmative, reasonable jurists could

1  differ. If this Court erred in concluding that the instant petition is an unauthorized second or
2  successive petition, then the dismissal of Petitioner's claims for lack of jurisdiction was
3  erroneous.

20  DATED: 3/7/07

  _____
  JEREMY FOGEL
  United States District Judge

1 | Copies of this Order were served on the following persons:
2 |
3 | Joseph Vincent Camarata     joseph@camaratalaw.com, parolelaw@sbcglobal.net
4 | Glenn R. Pruden     glenn.pruden@doj.ca.gov, DocketingSFAWT@doj.ca.gov

3

Case No. C 06-4074 JF
ORDER GRANTING APPLICATION FOR CERTIFICATE OF APPEALABILITY
(JFLC2)